FILED

DEC 04 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

**AT THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

Case No. 7:23-CV-1655-M

| | |
|---|---|
| **Mable Dubar a woman** § § § § | |
| *Prosecutor/plaintiff* § § | Nature of case: claim (verified) |
| _____ § § § | Claim: Breach of Contract/ Breach of Trust |
| Ryan Hanks dba President/CEO for Go Store It Leland LLC; Ryan Hanks dba President/CEO for MADISON CAPITAL GROUP; Crystal Graham dba Manager for Go Store It Leland, LLC, Amy M. Youngblood dba General Counsel for Madison Capital Group, Storage Treasures, LLC § § § § § § § | |
| *wrongdoers/defendant* | |

## STATEMENT OF CLAIM

i, mable dubar a woman as Beneficiary have a claim against the defendant(s) Ryan Hanks dba President/CEO for Go Store It Leland LLC; Ryan Hanks dba President/CEO for MADISON CAPITAL GROUP; Crystal Graham dba Manager for Go Store It Leland, LLC, Amy M. Youngblood dba General Counsel for Madison Capital Group acting agent for Breach of Contract, Breach of Trust and Refusal of Tender for Settlement.

i, mable dubar a woman as Beneficiary has suffered injury, loss and harm in the amount of Thirty Thousand ($30,000.00) USD for Lease#:1124/Unit 2073 & Lease#:1136/ Unit 2082

**i Declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC 1746**

<u>Non-citizen National of the United States Native North Carolinian</u>

Subscribed and sworn to before me this \_\_04\_\_ day of December, 2023.

By: *Mable Dubar a woman*
mable dubar a woman