Notice to Principal is notice to Agent, Notice to Agent is notice to Principal
Private Administrative Procedure
This Affidavit is Governed according to the law Merchant
Private Judicial Notice, Private legislation
Let God be our Judge as he has set the Watchers to watch over Man

LAW, MERCHANT. A system of customs acknowledged and taken notice of by all commercial nations; and those customs constitute a part of the general law of the land; and being a part of that law their existence cannot be proved by witnesses, but the judges are bound to take notice of them ex officio.
Bouvier, A Dictionary of Law, 1856

To: Ryan Hanks dba President/CEO, Officer of the Offices of GO STORE IT LELAND LLC. 6805 Cargenie Blvd Ste 120, Charlotte, NC 28211

From: Executor Office – Manager of Dubar Estate and Private Foundation, Dubar, Marian, MARIAN ELIZABETH DUBAR Precedent Vested Landed Estate of the Marian Elizabeth Dubar Estate Living Trust.

Regarding: authorized administration of MARIAN ELIZABETH DUBAR, Precedent Vested Landed Estate; Lease 1124/ Unit 2073; Lease 1136/ Unit 2082
**AN ACTION IN REM**

### Notice of Adequate Assurance of Performance and Settlement

Comes Now, Marian Elizabeth family of Dubar one of the People of the United States of America, Native North Carolinian, Entitlement Holder of the Certificated Security of the Precedent Landed Estate [:MARIAN ELIZABETH DUBAR:] XXX-XX-8583 here as accommodation party to the reference cases above. All rights are fully protected and reserved by the U.S. Constitution amendment 9. I am here as an international lender/ investor of the United States to help settle all matters related to the Precedent Landed Estate.

Whereas I now accept all securities in equity as redemption. I accept all charges on the accounts, and I am releasing/assigning all interest and transferring all chattel papers and securities of the principal debtor given for patent rights and assigning Ryan Hanks dba President/CEO, Officer of the Offices of GO STORE IT LELAND LLC. 6805 Cargenie Blvd Ste 120, Charlotte, NC 28211

as fiduciary to settle charges within the Public and Private of this mutual account immediately. Any misuse of the Marian Elizabeth Dubar Estate Living Trust Res is a breach of Trust.

I hereby tender payment for the Surety [:MARIAN ELIZABETH DUBAR:] xxx-xx-8583 **FOR SETTLEMENT ACCORD AND FULL SATISFACTION OF ANY AND ALL OUTSTANDING DEBTS** of the principal debtor amount and all interest of the debt related to this account. Enclosed is a Certificated Security pledged for value at Two thousand four hundred and 00/100, all which are obligations of the United States 18 USC 8. This is Lawful Tender of Payment within the Union Body non-military, People of United States of America, native North Carolinian, who is Private Nationals of the Republic of North Carolina, beneficiary of the 1901 Republic Constitution of North Carolina, 1776 Republic, United States of America Constitution a lawful contract enforced pursuant to the statutes of fraud.

I demand the administrators deliver the evidence of debt and the securities so that I may tender for the same and be delivered up to me to be enforced against the principal. Your failure to comply shall operate to discharge [:MARIAN ELIZABETH DUBAR:] xxx-xx-8583 as the surety.

I further require the administrators to certify my rights to subrogation in writing or deny it under oath upon receipt of this notice. Silence or not fully answering is fraud when requested of my public trustee. If undisclosed exemption bonds or securities exist related to this matter, the trustees are authorized to use the securities that are being generated on this matter to settle all accounts and dismiss this case and sealed from the Public as all information is private trust res of the Marian Elizabeth Dubar Estate Living Trust.

Any false representation of material facts made with knowledge of falsity and with intent that it shall be acted on by another in entering into contract, and which is so acted upon, constitutes "fraud", and entities party deceived to avoid contract or recover damages. Barnsdall Refining Corn. V. Birnam wood Oil Co., 92 F 2d 817.

Mr. Justice Marshall said: The doctrine of ultra vires is a most powerful weapon to keep private corporations within their legitimate spheres and to punish them for violations of their corporate charters, and it probably is not invoked to often. Zinc Carbonate Co. V. First National Bank, 103 Wis 125, 79 NW 229" American Express Co. v. Citizens State Bank, 194 NW 430

1. You now have 30 days as fiduciary to perform all that has been made within this affidavit and close out the account. Be fully aware your silence is accepted as consent and a Quo warranto will be filed for you ultra vires acts against the Public Interest if you choose not to uphold your fiduciary duties this matter. The surety will be fully discharged of all obligations.

I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC 1746

*Marian Elizabeth Dubar*

Accommodation Party, Marian Elizabeth Family of Dubar for the Surety, Precedent Vested Estate [:MARIAN ELIZABETH DUBAR:] XXX-XX-8583,