# Conveyance in Certificated Security

### THIS IS A FEE SIMPLE ABSOLUTE TITLE
MABLE LEE COBBS ESTATE LIVING TRUST
(Real Estate)

i, the undersigned, being of lawful age and being first duly sworn under oath, depose and state that I am familiar with the facts recited, and the party named in said Birth Certificate is the same party as one of the owners named in said "Certificated Security".

The combination of a duly certified "Certificated Security" and attached Claim is what is known as a "counter Security." [From the perspective of *trust law*, I am now the Security holder-in-due course of the **Security** to [:___MABLE LEE COBBS___:] and from the perspective of *commercial law* I am now the real party in interest and Security holder-in-due course to the Certificated **Security** to the Precedent Vested Landed Estate [:_MABLE LEE COBBS_:]. I am an "Equitable owner with Equitable Interest".

### STATEMENT OF FACTS

1. i ___mable lee dubar___ being of legal age and capacity of being of sound mind, state for the record under penalty of perjury that, I hereby Donate the Property Attached with the "Certificated Security-In-Trust" in the value of $200,000,000.00 to **Mable Lee Cobbs Estate Living Trust** to be placed into **Mable Lee Cobbs Estate Living Trust** as an asset and beneficial, to the Original equitable owner, MABLE LEE COBBS and her heirs, **DUBAR ESTATE & PRIVATE FOUNDATION**

   **Property Legal Description**: MABLE LEE COBBS Bond Number: 132-46-0053004/1946-00-0053004 ;Tax ID: XXX-XX-2083;

   **Place of Birth**:_James Walker Memorial Hospital, Wilmington, North_ Carolina 28412

   **Date of Birth**: August 27th 1946, 7:00am

   RIGHT THUMBPRINT IN BOX TO RIGHT (RED ONLY)

   

2. The United States, Union states and STATE OF ___NORTH CAROLINA___ would need to show proof of claim how they have any interest in the Precedent Vested Landed Estate[:MABLE LEE COBBS:]. The United States, Union States and STATE

1

OF NORTH CAROLINA has no contracts with Mable Lee Cobbs Estate Living Trust and, thereby would make any and **all** charges, claims, judgments, levy's, warrants, indictments or seizures: "fraudulent" and a "trespass" on the property of **Mable Lee Cobbs Estate Living Trust**. The United States, Union States and STATE OF NORTH CAROLINA therefore cannot file any judgments or any lien on a "Holder-in-Due Course".

3. Therefore, Mable Lee Dubar, Trustee demands proof of claim as, **Mable Lee Cobbs Estate Living Trust** is the paramount security interest holder in all property and collateral, both registered and unregistered, corporeal and incorporeal, real property, mixed property and chattel property belonging to [: MABLE LEE COBBS :].

[: MABLE LEE COBBS:] Bond# 132-46-0053004/1946-00-0053004
Tax ID# XXX-XX-2083

This Property is now the Property of **MABLE LEE COBBS Living Trust**. This is part of a FEE SIMPLE ABSOLUTE ESTATE and has been conveyed into an **Irrevocable Trust**. **MABLE LEE COBBS is the holder of the equitable Certificated Security DUBAR ESTATE & PRIVATE FOUNDATION are the beneficiaries of the Trust.** This conveyance Must be acknowledged as a Registry to the trust. The Cestui que Trust/Franchise/Individual entity of MABLE LEE COBBS is parcel to **Mable Lee Cobbs Estate Living Trust.**

**I Declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC 1746**

**Non-citizen National of the United States Native North Carolinian**

Date 11/08/2023

Signature of Trustee: *Mable Lee Dubar*
DUBAR ESTATE & PRIVATE FOUNDATION

Print Name of Trustee: Mable Lee Dubar
DUBAR ESTATE & PRIVATE FOUNDATION

Birth Name (of Estate) MABLE LEE COBBS

# STATE OF NORTH CAROLINA
# NEW HANOVER COUNTY
# REGISTER OF DEEDS
# TAMMY THEUSCH BEASLEY



SOCIAL SECURITY
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
THIS NUMBER HAS BEEN ESTABLISHED FOR
MABLE COBBS DUBAR
*mable cobbs dubar*
SIGNATURE
03/12/2020

B. V. S. Form 15

**North Carolina State Board of Health**
BUREAU OF VITAL STATISTICS

A94-153

## CERTIFICATE OF BIRTH

**1. PLACE OF BIRTH:**
(a) County: New Hanover
(b) Township:
(c) City or town: Wilmington
(d) Street, hospital or institution: James Walker Mem. Hos
(e) Is place of birth within town limits? Yes

Registration District No. 65-90   Certificate No. 1089

**2. HOME (USUAL RESIDENCE) OF MOTHER:**
(a) State: N.C.   (b) County: Brunswick
(c) City or town: Leland
(d) Street and No. or RFD: Rt. 1, Box 45
(e) Is place of residence within town limits? No

**3. FULL NAME OF CHILD:** Mable Lee Cobbs

**4. Sex:** Female
**5. Twin or triplet:** Twin   **If so—born 1st, 2nd, or 3rd:** 1
**6. Month of pregnancy:** 9
**7. Is mother married?** Yes
**8. Date of birth:** August 27, 1946

| FATHER OF CHILD | MOTHER OF CHILD |
|---|---|
| 9. Full name: James Lucas Cobbs | 15. Full Maiden Name: Agnes Robbins |
| 10. Color or race: Colored   11. Age at time of this birth: 30 yrs. | 16. Color or race: Colored   17. Age at time of this birth: 27 yrs. |
| 12. Birthplace: Brunswick County, NC | 18. Birthplace: Brunswick County, NC |
| 13. Usual occupation: Logging | 19. Usual occupation: |
| 14. Industry or business: | 20. Industry or business: |

**21. Children born to this mother (not including this birth):**
(a) How many other children of this mother are now living? 0
(b) How many other children were born alive but are now dead? 0
(c) How many children were born dead? 0

**22. Mother's mailing address for registration notice:** No. 2 Above

**23. Was the blood of this child's mother tested for syphilis** (a) During pregnancy? Yes   Date May 23, 1946
(b) At delivery?   (c) If no test was made state reason therefor

**24.** I hereby certify that I attended the birth of this child who was born alive at the hour of 7:00 A.M. on the date above stated and that the information given was furnished by Agnes Cobbs, related to the child as Mother

**25. Date on which given name added:** 05/13/1965   By C. B. Davis, Registrar

Attendant's own signature: George Johnson
M.D. (X̶X̶X̶X̶X̶X̶M̶X̶X̶M̶M̶)   Date signed 08/28/1946
Address: Wilmington
Witness to signature: When signed by mark

**26.** 09/04/1946   A. H. Elliot
Filed   Registrar's own signature

I HEREBY CERTIFY THAT THIS IS A TRUE AND ACCURATE COPY WHICH APPEARS ON RECORD IN THE OFFICE OF REGISTER OF DEEDS, NEW HANOVER COUNTY, N.C. IN BOOK 94 PAGE 153A. WITNESS MY HAND AND SEAL THIS 5th OF OCTOBER, 2017.

TAMMY THEUSCH BEASLEY, REGISTER OF DEEDS
BY: *[signature]*
ASSISTANT/DEPUTY REGISTER OF DEEDS

WARNING: THE ABOVE NC SEAL CONTAINS HEAT REACTIVE INK WHICH SHOULD TEMPORARILY DISAPPEAR WHEN RUBBED.