Certificate of Title: eMED 2073-1124 & eMED 2082-1136

## NOTICE OF ASSIGNMENT

i, a woman holder of social security account and birth certificate, of the person MARIAN ELIZABETH DUBAR dba Marian Elizabeth Dubar Estate Living Trust hereby give **Notice of Assignment** to Ryan Hanks dba President/CEO for GO STORE IT LELAND LLC and Ryan Hanks dba President/CEO for MADISON CAPITAL GROUP acting agent for Facility's Owner of the Rental Application and Rental Lease Agreement executed on (September 1, 2023) attached herein Lease 1124/Unit 2073 & Lease 1136/Unit 2082 located at 9611 Blackwell Road SE, Leland, North Carolina 28451 as describe in the attachments herein:

**Notice** is given to all parties the acceptance and conversion of the Rental Application and Rental Lease Agreement – Lease 1124/Unit 2073 & Lease 1136/Unit 2082 acting agent for Facility's owner into a financial asset constitutes a TRUST between the parties; and Ryan Hanks dba President/CEO for GO STORE IT LELAND LLC and Ryan Hanks dba President/CEO for MADISON CAPITAL GROUP acting agent for Facility's Owner as Fiduciary and **Marian Elizabeth Dubar dba Marian Elizabeth Dubar Estate Living Trust** as Beneficiary;

**It is further Noticed that Marian Elizabeth Dubar dba Marian Elizabeth Dubar Estate Living Trust** Assigns partial interest in the proceeds due from that sale of said financial asset to Ryan Hanks dba President/CEO for GO STORE IT LELAND LLC and Ryan Hanks dba for President/CEO for MADISON CAPITAL GROUP LLC acting agent for Facility's owner to satisfy any outstanding debt obligation.

**I Declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC 1746**

<u>Non-citizen National of the United States Native North Carolinian</u>

By: *Marian Elizabeth Dubar* (signature)
Marian Elizabeth Dubar dba Marian Elizabeth Dubar Estate Living Trust