Exhibit C

# CONVEYANCE OF RENTAL LEASE AGREEMENT

This **CONVEYANCE**, made this 1st day of September, 2023, by and between MABLE DUBAR, and Mable Dubar (hereinafter referred to as the "Assignors"), and MARIAN ELIZABETH DUBAR ESTATE LIVING TRUST (hereinafter referred to as the "Trust").

**WHEREAS**, Assignors are the lawful owners and holders of **the Rental Agreement Lease ID#: 1136 - Unit: 2082 executed on September 1st 2023, with Go Store it Leland LLC of 9611 Black well Road SE, Leland, NC 28451** which is considered valuable financial Assets; and WHEREAS, Assignors wish to convey said Assets to the Trust, which will serve as the sole authority over these Assets henceforth.

NOW, THEREFORE, in consideration of the premises and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignors and Trust agree as follows:

1. **ASSIGNMENT TO TRUST:** Assignors hereby convey and transfer all rights, title, and interest in their respective signatures to the Trust, with full power and authority to do and perform all and every act and thing requisite and necessary to be done, as fully to all intents and purposes as Assignors might or could do if personally present.

2. **GOVERNING LAW:** This Conveyance shall be governed by and construed in accordance with the laws of the United States of America.

**FEE SCHEDULE:** For the use of the Assets, the Trust has determined a fee schedule. Any use of the Assets will incur a fee equal to the face value of the instrument (One Hundred Thirty five dollars [$135] monthly), plus any accrued interest. This fee schedule is not exhaustive and may be revised from time to time by the Trust, in its sole discretion. The fees outlined in this section shall be directly payable to the Trust.

3. **ENFORCEMENT:** In case of any unauthorized use, legal action may be initiated by the Trust to enforce the rights conveyed herein. The Trust retains the right to collect damages, the amount of (Thirty Thousand dollars [$30,000.00])

4. **INDEMNIFICATION:** The Assignors hereby indemnify and hold the Trust harmless against any claims, damages, liabilities, costs, and expenses, including reasonable legal fees, arising out of any unauthorized use of the Assets.

5. **SEVERABILITY:** If any provision of this Conveyance is determined to be invalid or unenforceable in whole or in part, such invalidity or unenforceability shall attach only to such provision and the remaining part of such provision and all other provisions of this Conveyance shall continue in full force and effect.

6. **ENTIRE AGREEMENT:** This Conveyance constitutes the entire agreement between the parties concerning the subject matter hereof, superseding all prior agreements and understandings.

7. **AMENDMENTS:** This Conveyance may be amended or supplemented only by a written agreement executed by the parties.

8. **COUNTERPARTS:** This Conveyance may be executed in counterparts, each of which shall be deemed to be an original and all of which together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the parties have executed this Conveyance as of the date first above written.

Assignor: ___*signature*___ Date: 09/01/2023
MABLE DUBAR
Assignor: ___*signature*___ Date: 09/01/2023
Mable Dubar
Trustee: ___*signature* Marian, Trustee___ Date: 09/01/2023
Marian Elizabeth Dubar Estate Living Trust

c/o 3916 Oleander Drive #7548, Wilmington, Province of North Carolina Non-Domestic, Without U.S