Gmail



*Exhibit D*

M Dubar <amdeycnr2@gmail.com>

## Go Store It - Leland South
1 message

**Amy Youngblood** <ayoungblood@madisoncapgroup.com>  Tue, Nov 21, 2023 at 12:24 PM
To: "amdeycnr2@gmail.com" <amdeycnr2@gmail.com>
Cc: GSI Leland South <gsi049@gostoreit.com>

Dear Ms. Dubar,

This email serves as notice that Go Store It **only accepts cash or credit card for payment** of storage rental units. We will not accept any version of your paperwork to satisfy the rent owed Go Store It for your rental units.

Sincerely,

Amy

**MADISON**
CAPITAL GROUP

Amy M. Youngblood

General Counsel – Storage

6805 Carnegie Blvd, Ste 120 | Charlotte, NC 28211

Phone 704.275.0433 ex 183

Direct 980.346.5409

Cell 214.564.3051

Email ayoungblood@madisoncapgroup.com

Web www.madisoncapgroup.com