JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Mable Dubar a woman

**DEFENDANTS**
Ryan Hanks dba President/CEO for Go Store It Leland LLC; Storage Treasures LLC
Ryan Hanks dba President/ CEO for MADISON CAPITAL GROUP;
Crystal Graham dba Manager for Go store it Leland LLC,
Amy M. Youngblood dba General Counsel for Madison Capital Group

**(b)** County of Residence of First Listed Plaintiff: **BRUNSWICK**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **BRUNSWICK**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[x] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

## IV. NATURE OF SUIT
[x] 140 Negotiable Instrument

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Brief description of cause: Breach of Contract, Breach of Trust, Refusal of tender is settlement

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 30,000

## VIII. RELATED CASE(S) IF ANY

DATE: December 04 2023
SIGNATURE OF ATTORNEY OF RECORD: Mable Dubar

**FOR OFFICE USE ONLY**