UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MABLE DUBAR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) **JUDGMENT** |
| | ) **CASE NO. 7:23-CV-1655-M-RJ** |
| RYAN HANKS, CRYSTAL GRAHAM, AMY M. YOUNGBLOOD, and STORAGE TREASURES, LLC, | ) ) ) ) |
| Defendants. | ) |

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order entered on April 3, 2024 [DE 15], the court ADOPTS the memorandum and recommendation [DE 14]. The court GRANTS the motion to dismiss [DE 6] DISMISSES the complaint without prejudice. The court DENIES as MOOT Plaintiffs motion to deposit funds [DE 5].

This Judgment filed and entered on April 3, 2024, and copies to:
Mable Dubar (via U.S. mail)

April 3, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Kimberly R. McNally
Deputy Clerk